■ JEROME GORSKY, Appellant, v JOAN GORSKY, Respondent. — In an action for divorce, the plaintiff husband appeals from an order of the Supreme Court, Queens County (Posner, J.), dated December 21, 1982, which, upon the defendant wife's motion, granted her temporary maintenance of $50 per week

and temporary child support of $100 per week. ¶ Order affirmed, with costs. ¶ "A speedy trial is the most effective remedy to cure any inequity in a *pendente lite* award" (*Marcus v Marcus,* 91 AD2d 991). Bracken, J. P., Niehoff, Rubin and Eiber, JJ., concur.